UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **VALERIE SWAYZE** | : | **DOCKET NO. 1:22-cv-03409** |
| **VERSUS** | : | **JUDGE DEE D DRELL** |
| **AEGIS SECURITY INSURANCE CO** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 17], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Report and Recommendation [doc. 17] is **ADOPTED** and that this matter is **DISMISSED WITHOUT PREJUDICE.**

THUS DONE AND SIGNED in Chambers this 23rd day of August 2023.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT